## Winikoff *v.* Winikoff, Appellant.

Argued April 9, 1974. *Dane Critchfield,* with him *Ronald J. Bua,* for appellant; *Michael J. Boyle,* with him *Meyer, Unkovic & Scott,* for appellee.

OPINION PER CURIAM: The record in this support action is remanded for further testimony and the entry of an appropriate order thereafter.

June 21, 1974

## Commonwealth *v.* Gilbert, Appellant.

Submitted March 21, 1974. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman* and *James T. Ranney,* Assistant District Attorneys, *Steven Goldblatt,* Chief, Appeals Division, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.